UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVIS CALL, individually and on behalf of all others similarly situated,

    Plaintiff(s),

vs.

DELOITTE TAX LLP, a Limited Liability Partnership, et al,

    Defendant(s).

No. C-09-0994 MHP

**ORDER OF REMAND**

An Order to Show Cause why this action should not be remanded to state court for lack of removal jurisdiction was issued on March 10, 2009, with a returnable date of March 20, 2009. No response having been filed and for the reasons set forth in the court's Order, the court finds that it lacks removal jurisdiction premised on diversity, which was the basis for removal, and, therefore, this action is remanded to the Superior Court for the County of San Francisco. The Clerk of Court shall transmit forthwith a certified copy of this order to the Clerk of the Superior Court and close the file.

IT IS SO ORDERED.

Dated: April 17, 2009

MARILYN HALL PATEL
Judge, United States District Court
Northern District of California